No. 86–6809. Mabry et al. *v.* United States. C. A. 10th Cir. Certiorari denied. Justice Stevens took no part in the consideration or decision of this petition.

No. 87–40. Allstate Insurance Co. *v.* Hawkins et ux. Sup. Ct. Ariz. Certiorari denied. Justice Stevens took no part in the consideration or decision of this petition.